IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ATLAS IP, LLC,
a Florida Limited Liability Corporation,

        Plaintiff,

v.

EXELON CORP., a Pennsylvania Corporation
and COMMONWEALTH EDISON CO., an
Illinois Corporation,

        Defendants.

Case No. 1:15-cv-10746

Hon. Milton I. Shadur

**REQUEST FOR JUDICIAL NOTICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201 and in connection with Defendants' Exelon Corp. and Commonwealth Edison Co. ("Defendants") Motion to Dismiss, Defendants request that the Court take judicial notice of the following documents:

1.    House Document 114-33, Communication from the Chief Justice, The Supreme Court of the United States Transmitting Amendments to the Federal Rules of Civil Procedure That Have Been Adopted by The Supreme Court, Pursuant to 28 U.S.C. § 2072; and

2.    Final Written Decision of the Patent Trial and Appeal Board ("PTAB") in *St. Jude Medical, Inc. v. Atlas IP LLC*, Case IPR2014-00916, dated December 3, 2015.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Rule 201(d) provides that the court may

take "judicial notice at any stage of the proceeding." Under Rule 201(c)(2), a court "must take judicial notice if a party requests it and the court is supplied with the necessary information."

Defendants request that this Court take judicial notice of the Supreme Court order accompanying the Amendments to the Federal Rules of Civil Procedure and the PTAB's final written decision in IPR2014-00916. "Indeed, it is a well-settled principle that the decision of another court or agency, including the decision of an administrative law judge, is a proper subject of judicial notice." *See Opaka v. I.N.S.*, 94 F.3d 392, 394 (7th Cir. 1996). Therefore, Exhibits 1 and 2 are proper subjects of judicial notice.

For the foregoing reasons, the attached documents are properly subject to judicial notice and may be considered by the Court in ruling on Defendants' Motion to Dismiss. Defendants therefore request that the Court grant this Request.

Dated: January 25, 2016

Respectfully submitted,

*/s/ Adam R. Brausa*
ADAM R. BRAUSA

DURIE TANGRI LLP
Daralyn J. Durie (*pending Pro Hac Vice*)
Adam R. Brausa (SBN 6292447)
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300
ddurie@durietangri.com
abrausa@durietangri.com

Lynn E. Rzonca
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  215-864-8294
rzoncal@ballardspahr.com

Nicole Nocera
EXELON CORPORATION
10 South Dearborn Street, 49th Floor
Chicago, IL 60603
Telephone:  312-394-4045
nicole.nocera@exelon.com

Attorneys for Defendants
*Exelon Corp. and Commonwealth Edison Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2016, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Adam R. Brausa*
ADAM R. BRAUSA
