# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Atlas IP, LLC

                         Plaintiff,

v.                                                    Case No.: 1:15−cv−10746
                                                            Honorable Milton I. Shadur

Commonwealth Edison Co., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 5, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Motion to dismiss [12] is granted. Request for judicial notice [10] is granted. This action and the complaint against defendant Exelon Corp. is dismissed with prejudice. The complaint against defendant Commonwealth Edison Co. is dismissed without prejudice with leave to file an amended complaint by 2/26/2016. Status hearing set for 3/10/2016 at 08:45 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.