*United States District Court for the Northern District of Illinois*

Case Number: 15CV10746          Assigned/Issued By: AS

Judge Name: SHADUR            Designated Magistrate Judge: KIM

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00   ☐ $46.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☑ Other  $100.00(Sanction)

☐ $505.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $100.00          Receipt #: 4624156787

Date Payment Rec'd: 3/8/2016          Fiscal Clerk: AS

**ISSUANCES**

☐ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

____Original and_____copies on_____as to _____
(Date)

Sanction fine for Stadheim & Grear, LTD