# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Atlas IP, LLC

                        Plaintiff,

v.                                                     Case No.: 1:15−cv−10746

                                                                Honorable Milton I. Shadur

Commonwealth Edison Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 5/5/2016. Defendant is given leave to file its reply in support of its motion to dismiss [28] on 5/5/2016. Status hearing set for 5/19/2016 at 08:45 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.