UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Atlas IP, LLC

                                       Plaintiff,

v.                                                Case No.: 1:15−cv−10746
                                                          Honorable Milton I. Shadur

Commonwealth Edison Co., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2016:

       MINUTE entry before the Honorable Milton I. Shadur: Defendant Commonwealth Edison Co.'s motion to dismiss [28] is granted. Both the Second Amended Complaint and this action are dismissed. (For further details see Memorandum Opinion and Order)Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.