ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Atlas IP, LLC
   Plaintiff(s) )
           ) Case No. 15 C 10746
v.          )
           )
Exelon Corp. et al   )
   Defendant(s) )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

 ☐ in favor of plaintiff(s)
   and against defendant(s)
   in the amount of $   ,

   which ☐ includes  pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff(s) shall recover costs from defendant(s).

 ☐ in favor of defendant(s)
   and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

 ☒ other Both the second amended complaint and this action are dismissed with prejudice..

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☒ decided by Judge Milton I. Shadur.on motion to dismiss.

Date: 5/17/2016          Thomas G. Bruton, Clerk of Court

                 Carol Wing,, Deputy Clerk