# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLAS IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:15-cv-10746 |
| | )    Hon. Milton I. Shadur |
| EXELON CORP. et al, | ) |
| | )    JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Atlas IP, LLC hereby appeals to the United States

Court of Appeals for the Federal Circuit from the Judgment entered in this case on May 17, 2016.


                                       Respectfully submitted,

Date:   June 9, 2016            */s/ George C. Summerfield*
                                         George C. Summerfield
                                         Christopher H. St. Peter
                                         STADHEIM & GREAR
                                         400 North Michigan Avenue
                                         Suite 2200
                                         Chicago, Illinois 60611
                                         Telephone: (312) 755-4400
                                         Facsimile: (312) 755-4408

                                         *COUNSEL FOR PLAINTIFF*
                                         *ATLAS IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of June, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All other counsel of record not deemed to have consented to electronic service were served via electronic mail on this same date.

*/s/ George C. Summerfield*
George C. Summerfield
