# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ATLAS IP, LLC | ) | |
| A Florida Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-10746 |
| | ) | Hon. Milton I. Shadur |
| COMMONWEALTH EDISON CO., | ) | |
| An Illinois Corporation, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## STIPULATION AS TO ATTORNEYS' FEES

On July 22, 2016, the Court granted the defendant's motion for attorneys' fees and costs. ECF Docket No. 48. Subject to any appeal in this matter, the parties stipulate that the amount of such fees and costs is $35,966.02. Atlas IP, LLC will post a bond within fourteen (14) days of this stipulation, sufficient to guarantee payment of the agreed-upon fees and costs in the event its pending appeal to the Federal Circuit is denied. The parties respectfully request that the Court adjourn the status hearing set for September 1, 2016.

Respectfully submitted,

/s/ George C. Summerfield
George C. Summerfield
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
(312) 755-4400
summerfield@stadheimgrear.com

COUNSEL FOR PLAINTIFF
ATLAS IP, LLC

Date: August 31, 2016

/s/ Adam R. Brausa
Adam R. Brausa
DURIE TANGRI LLP
271 Leidesdorf Street
San Francisco, California 94111
(415) 362-6666
abrausa@durietangri.com

COUNSEL FOR DEFENDANT
COMMONWEALTH EDISON CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 31st day of August, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All other counsel of record not deemed to have consented to electronic service were served via electronic mail on this same date.

*/s/ George C. Summerfield*
George C. Summerfield